21

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

FEB 0 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Freda Susan Mowbray

versus

Cameron County

CIVIL ACTION 98-183

## Order Resetting Conference

The pretrial conference set _initial_ 3-18-99_____, has been reset to: 3-10-99_____,

at _11:45_ .m.

Signed on _February 2_, 1998/9 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

*o.*
*updateddl.*