UNITED STATES DISTRICT COURT　　　　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

MAR 2 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FREDA SUSAN MOWBRAY | § § | |
| versus | § | CIVIL ACTION B-98-183 |
| | § | |
| CAMERON COUNTY, ET AL. | § | |

## Order

BE IT REMEMBERED that on March 17, 1999, the Court considered Plaintiff Mowbray's motion for leave to file first amended complaint (Dkt. No. 33-1). After reviewing the entire case file and hearing argument of counsel, the Court GRANTS Plaintiff Mowbray's motion for leave to file first amended complaint.

The Court INSTRUCTS the district clerk's office to file Plaintiff Mowbray's first amended complaint, filed as an exhibit to the motion for leave to file first amended complaint (Dkt. No. 33-1), as a separate instrument.

DONE at Brownsville, Texas, this seventeenth day of March 1999.

Hilda G. Tagle
United States District Judge

1