39

United States District Court
Southern District of Texas
ENTERED

MAR 22 1999

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

Freda Susan Mowbray §
§
versus §        CIVIL ACTION B-98-183
§
Cameron County, et al. §

## Scheduling Order

1. Trial: Estimated time to try: __15__ days.     ☐ Bench   ☑ Jury

2. New parties must be joined by:      April 17, 1999

   Furnish a copy of this scheduling order to new parties.

3. The plaintiff's experts will be named with a report furnished by:    July 1, 1999

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:      Sept. 15, 1999

   Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.

6. Motions will be filed by:      Oct. 1, 1999

*************************************************************************

7. Joint pretrial order is due:      11-17-99

   The plaintiff is responsible for filing the pretrial order on time.

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:    12-2-99

   The case will remain on standby until tried.

   Signed __March 17__, 199_9_, at Brownsville, Texas.

                                    _____
                                    Hilda G. Tagle
                                    United States District Judge