

United States District Court
Southern District of Texas
ENTERED

SEP 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

FREDA SUE MOWBRAY,                  §
                                    §
        Plaintiff(s),               §
                                    §
v.                                  §        CIVIL ACTION NO. B-98-183
                                    §
CAMERON COUNTY, et al,              §
                                    §
        Defendant(s).               §

## ORDER

BE IT REMEMBERED that on August __31__, 1999, the Court GRANTED the following motions limiting discovery to the specified matters relevant to Defendants' contentions regarding absolute and qualified immunity defenses:

1.  Defendant Estella Mauricio's Application for Protection from Discovery (Dkt. Nos. 49 and 52). Discovery is limited to the following matters: Defendant Mauricio's knowledge of MacDonell's findings and the disclosure of MacDonell's report.

2.  Defendant Mentford "Dusty" Hesskew's Motion to Stay Discovery (Dkt. No. 55). Discovery is limited to the following matters: Defendant Hesskew's knowledge of MacDonell's findings; the disclosure of MacDonell's report; the exculpatory nature of tests performed by Defendant Hesskew; and the disclosure of results of tests performed by Defendant Hesskew.

3.  Defendant Steve Robertson's Motion for Protective Order (Dkt. No. 56). Discovery is limited to the following matters: Defendant Robertson's knowledge of MacDonell's findings; the disclosure of MacDonell's report; the disclosure of Defendant Robertson's conclusions regarding testing of Plaintiff's nightgown; and Defendant Robertson's knowledge regarding the disposition of evidence, namely Plaintiff's nightgown.

4.   Defendant George Gavito's Application for Protection from Discovery (Dkt. No. 60). Discovery is limited to the following matters: Defendant Gavito's knowledge of Macdonell's oral reports and disclosure of MacDonell's report.

5.   Defendants Benjamin Euresti, Luis V. Saenz, and Edmund K. Cyganiewicz's Application for Protection from Discovery (Dkt. No. 62).  Discovery is limited to the following matters: Defendants Euresti, Saenz, and Cyganiewicz's knowledge of MacDonell's findings; disclosure of MacDonell's oral report and written report; knowledge of Robertson's findings; and disclosure of Robertson's findings.

6.   Defendant James Mowbray's Application for Protection from Discovery (Dkt. No. 57) is GRANTED until the Court rules on Defendants' Motions to Dismiss.

7.   Defendant Kristin Avery's Motion to Abate Discovery Pending Ruling on Motion to Dismiss (Dkt. No. 63) is GRANTED.


Having granted Defendants' motions to limit discovery, the Court GRANTED, in part, and DENIED, in part, Plaintiff Freda Susan Mowbray's Motion for Continuance Under Rule 56(f) (Dkt. No. 24).  Plaintiff Mowbray's motion is GRANTED to the extent that discovery may be taken for the above noted limited purposes.


FURTHERMORE, the Court took the following Motions to Dismiss under ADVISEMENT:

1.   Defendant Mentford "Dusty" Hesskew's Rule 12(b)(6) Motion to Dismiss
     (Dkt. No. 9).

2.   Defendant James Mowbray's Motion to Dismiss Under Rule 12(b)(6) (Dkt. No. 13).

3.   Defendant Cameron County's Rule 12(b)(6) Motion to Dismiss (Dkt. No. 17).

4.   Defendant Benjamin Euresti's Motion for Dismissal (Rule 12(b)(6)) (Absolute and Qualified Immunity) (Dkt. No. 18).

5.   Defendant Estella Mauricio's Motion for Dismissal (Rule 12(b)(6)) (Dkt. No. 19-1).

6.   Defendant Estella Mauricio's Motion for Summary Judgment Based on Immunity (Dkt. No. 19-2).

7.      Defendant Edmund K. Cyganiewicz and Defendant Luis V. Saenz's Motion for
        Dismissal (Rule 12(b)(6)) (Absolute and Qualified Immunity) (Dkt. No. 29).

8.      Defendant Margo Mowbray's Motion to Dismiss Under Rule 12(b)(6) (Dkt. No. 50).

9.      Defendant Kristin Avery's Motion to Dismiss for Lack of Jurisdiction or Failure to
        State a Claim (Dkt. No. 53-2).

10.     Defendant Steve Robertson's Motion to Dismiss (Dkt. No. 73-1).

11.     Defendant Steve Robertson's Motion For Judgment on the Pleadings (Dkt. No. 73-
        2).

        The discovery deadline of September 15, 1999, is lifted.  A new discovery deadline
will be set upon the Court's ruling on the motions taken under advisement.

        DONE at Brownsville, Texas, this ___31___ day of August 1999.


                                                Hilda G. Tagle
                                                United States District Judge