83

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP 14 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| FREDA SUSAN MOWBRAY, § | |
| § | |
| Plaintiff(s), § | |
| § | |
| v. § | CIVIL ACTION NO. B-98-183 |
| § | |
| CAMERON COUNTY, et al, § | |
| § | |
| Defendant(s). § | |

## ORDER

BE IT REMEMBERED that on September 13, 1999, the Court DENIED Defendant Mowbray's Motion to Expand Time to Add Additional Parties (Dkt. No. 46).

DONE at Brownsville, Texas, this __13__ day of September 1999.

_____
Hilda G. Tagle
United States District Judge