

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FREDA SUSAN MOWBRAY, | § | |
| Plaintiff(s), | § | |
| v. | § | CIVIL ACTION NO. B-98-183 |
| CAMERON COUNTY, et al, | § | |
| Defendant(s). | § | |

## ORDER

BE IT REMEMBERED that on September 13, 1999, the Court DENIED Defendant Kristen Avery's (formerly Kristen Mowbray) Motion for More Definite Statement (Dkt. No. 53-1).

Plaintiff Mowbray's complaint complies with the standards of Rule 8(a) of the Federal Rules of Civil Procedure and the standards established in *Conley v. Gibson*, 355 U.S. 41, 47-48 (1957). A more definite statement is not warranted.

DONE at Brownsville, Texas, this 13 day of September 1999.

Hilda G. Tagle
United States District Judge