

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 14 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Freda Susan Mowbray, | § | |
| Plaintiff(s), | § § § | |
| v. | § | CIVIL ACTION NO. B-98-183 |
| Cameron County, et al, | § § § | |
| Defendant(s). | § § | |

## ORDER

BE IT REMEMBERED that on September 13, 1999, the Court GRANTED Plaintiff's Motion for Leave to File Second Amended Complaint (Dkt. No. 42).

DONE at Brownsville, Texas, this 13 day of September 1999.

_____
Hilda G. Tagle
United States District Judge