95

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

## MOTION & ORDER
## FOR ADMISSION *PRO HAC VICE*

United States District Court
Southern District of Texas
FILED

NOV 09 1999

Michael N. Milby
Clerk of Court

| Division | Brownsville | Action Number | B-98-183 |
|---|---|---|---|
| Fredda Susan Mowbray, a/k/a Susie Mowbray ||||
| *versus* ||||
| Cameron County, et.al. ||||

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | James R. Mowbray |
| Firm | |
| Street | 8200 S.W. 140th Street |
| City & Zip Code | Denton, NE 68339 |
| Telephone | 402.797.2339 |
| Licensed: State & Number | Nebraska #16752 |
| Admitted US District Court for: | Nebraska |

United States District Court
Southern District of Texas
ENTERED

NOV 10 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Seeks to appear as the attorney for this party:

Defendant Margo Mowbray

Dated: 11/3/99   Signed: _____

### ORDER

This lawyer is admitted *pro hac vice*.

Signed on _November 9_, 1999.

_____
United States District Judge

SDTX AA-6 (8/98)