100

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 24 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FREDDA SUSAN MOWBRAY, | § | |
| a/k/a SUSIE MOWBRAY, | § | |
| Plaintiff, | § | Civil Action No. B-98-183 |
| | § | |
| v. | § | **JURY** |
| | § | |
| CAMERON COUNTY, et al. | § | |
| Defendants.  § | | |

### ORDER ON MOTION FOR CONTINUANCE

On _November 24_, this Court heard the Motion for Continuance of Plaintiff, who sought the continuance of the November 30, 1999 hearing setting.

After hearing the evidence and the arguments of counsel, the court ~~finds~~ _denies_ that the evidence ~~supports the plea urged by the Plaintiff.~~ _the motn._

IT IS ~~THEREFORE, ORDERED that the motion for continuance is sustained, and FURTHER ORDERED~~ that the hearing be continued until _____.

SIGNED on _November 24_, 1999.

_____
JUDGE PRESIDING

MOTION FOR CONTINUANCE – PAGE 5
97262