102

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 29 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| FREDA SUE MOWBRAY, | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. B-98-183 |
| CAMERON COUNTY, et al, | § |
| Defendants. | § |

## ORDER

BE IT REMEMBERED that on November 29, 1999, the Court reconsidered Plaintiff SUSAN MOWBRAY's motion for continuance (Dkt. No. 99). The Court withdraws its ORDER of November 24, 1999, (Dkt. No. 100). Plaintiff's motion for continuance is GRANTED.

FURTHERMORE, the motion hearing scheduled for November 30, 1999; the final pretrial conference scheduled for December 2, 1999; and jury selection scheduled for December 6, 1999, are continued. A revised scheduling order is forthcoming.

DONE at Brownsville, Texas, this 29 day of November 1999.

_____
Hilda G. Tagle
United States District Judge