*103*

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

DEC 0 3 1999

Freda Susan Mowbray, §
et al §
*versus* §            CIVIL ACTION B-98-183
§
§

Nueces Cameron County, et al

## Order Setting Hearing

1.   A motion hearing will be held before Judge Hilda G. Tagle on:

_____12-14_____, 1999

at _____2:00_____ p .m.

Courtroom,  Third Floor
United States Courthouse
600 E. Harrison Street, #306
Brownsville, Texas  78520.

2.   Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3.   The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery.  Counsel are to consult among themselves about these matters well in advance.  *See* Fed. R. Civ. P. 16.

Signed on _____December 3rd_____, 1999, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

*o.*
*mhrgddl.*