127

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FREDA SUSAN MOWBRAY, | § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. B-98-183 |
| CAMERON COUNTY, ET AL., | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

BE IT REMEMBERED that on March 27, 2000, the Court considered Defendant STEVE ROBERTSON's Rule 54 (b) motion for entry of final judgment (Dkt. No. 121). Defendant's motion is GRANTED.

Having granted a motion for summary judgment by Defendant, the Court determines that there is no just reason for delaying entry of a partial final judgment. Thus, it is ORDERED that judgment be entered in favor of Defendant ROBERTSON. It is further ORDERED that Plaintiff MOWBRAY take NOTHING from Defendant ROBERTSON and all claims against Defendant ROBERTSON are DISMISSED with prejudice.

DONE at Brownsville, Texas, this 28th day of March 2000.

Hilda G. Tagle
United States District Judge