128

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 28 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FREDA SUSAN MOWBRAY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-183 |
| | § | |
| CAMERON COUNTY, ET AL., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

BE IT REMEMBERED that on March 27, 2000, the Court considered Defendant MENTFORD "DUSTY" HESSKEW's Rule 54 (b) motion for entry of final judgment (Dkt. No. 119). Defendant's motion is GRANTED.

Having granted a motion for summary judgment by Defendant, the Court determines that there is no just reason for delaying entry of a partial final judgment. Thus, it is ORDERED that judgment be entered in favor of Defendant HESSKEW. It is further ORDERED that Plaintiff MOWBRAY take NOTHING from Defendant HESSKEW and all claims against Defendant HESSKEW are DISMISSED with prejudice.

DONE at Brownsville, Texas, this 28th day of March 2000.

_____
Hilda G. Tagle
United States District Judge

*Salter*, 593 F.2d at 651. The movant must show a particular and compelling need for such an order. Conclusory assertions of injury are insufficient. *Medlin*, 113 F.R.D. at 653. This requirement "furthers the goal that courts only grant as narrow a protective order as is necessary under the facts." *Frideres*, 150 F.R.D. at 156.

## II.   Conclusion.

Defendant has not demonstrated extraordinary circumstances evincing either a particular or compelling need for a protective order. Neither the Defendant nor the Court can say with certainty that Mr. MacDonell does not have knowledge of events related to Plaintiff's slander claim. Thus, the Court will not issue a protective order and quash the deposition of Mr. MacDonell. However, the deposition will be limited to the issues remaining before the Court. Specifically, the parties will limit their questioning to the issues surrounding Plaintiff's claim that Defendant Euresti slandered Plaintiff.

DONE at Brownsville, Texas, this ___20___ day of March 2000.

_____
Hilda G. Tagle
United States District Judge

2