129

United States District Court
Southern District of Texas
ENTERED

MAR 2 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FREDA SUSAN MOWBRAY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-98-183 |
| § | |
| CAMERON COUNTY, ET AL., § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

BE IT REMEMBERED that on March 27, 2000, the Court memorialized its ORDERS entered on the record at the December 20, 1999, motion hearing.

1. At the motion hearing on December 20, 1999, the Court GRANTED in part Defendant Cameron County's motion to dismiss (Dkt. No. 17). Specifically, the Court dismissed all intentional torts claimed against Defendant Cameron County.

2. Moreover, at the December 20, 1999, hearing, the Court GRANTED Defendant Cameron County's motion to dismiss Plaintiff's prayer for punitive damages against Cameron County.

3. Thus, pursuant to Rule 54 (b) the Court ORDERS that Plaintiff Mowbray take nothing from Defendant Cameron County and all intentional tort claims against the Defendant Cameron County are DISMISSED with prejudice.

DONE at Brownsville, Texas, this 28th day of March 2000.

Hilda G. Tagle
**United States District Judge**