/130

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FREDA SUSAN MOWBRAY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-183 |
| | § | |
| CAMERON COUNTY, ET AL., | § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT

BE IT REMEMBERED that on March 27, 2000, the Court having granted Defendants' motions for summary judgment and partial motions for summary judgment and having determined that there is no just reason for delaying entry of a partial final judgment pursuant to Rule 54 (b) of the Federal Rules of Civil Procedure, it is ORDERED that judgment be entered in favor of all Defendants except Defendant Gavito.  It is further ORDERED that Plaintiff MOWBRAY take NOTHING from Defendants and all claims against Defendant are DISMISSED with prejudice.

DONE at Brownsville, Texas, this _28th_ day of March 2000.

Hilda G. Tagle

United States District Judge