132

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FREDA SUSAN MOWBRAY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-183 |
| | § | |
| CAMERON COUNTY, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on March 27, 2000, the Court reviewed the file and considered all pending motions in *Mowbray v. Cameron County, et al.*, Civil Action No. B-98-183. Having ruled and entered orders on various motions, the Court makes the following rulings:

1. Defendant Hesskews's motion for protective order (Dkt. No. 127) is MOOT.
2. Defendant Robertson's motion to quash deposition (Dkt. No. 129) is MOOT.
3. Plaintiff's motion for leave to allow discovery (Dkt. No. 118) is DENIED.
4. Plaintiff's Rule 56 motion for continuance (Dkt. No. 124) is taken under ADVISEMENT.
5. Defendant Gavito's motion for summary judgment (Dkt. No. 120) is taken under ADVISEMENT.
6. The Court ORDERS all discovery stayed 30 days pending a ruling on Plaintiff's Rule 56 motion for continuance.

DONE at Brownsville, Texas, this 28th day of March 2000.

_____
Hilda G. Tagle
United States District Judge