IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FREDA SUSAN MOWBRAY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-183 |
| | § | |
| CAMERON COUNTY, ET AL., | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

BE IT REMEMBERED that on March 27, 2000, the Court considered Defendant MENTFORD "DUSTY" HESSKEW's Rule 54 (b) motion for entry of final judgment (Dkt. No. 119). Defendant's motion is GRANTED.

Having granted a motion for summary judgment by Defendant, the Court determines that there is no just reason for delaying entry of a partial final judgment. Thus, it is ORDERED that judgment be entered in favor of Defendant HESSKEW. It is further ORDERED that Plaintiff MOWBRAY take NOTHING from Defendant HESSKEW and all claims against Defendant HESSKEW are DISMISSED with prejudice.

DONE at Brownsville, Texas, this 28th day of March 2000.

Hilda G. Tagle
United States District Judge