IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| FREDA SUSAN MOWBRAY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-98-183 |
| § | |
| CAMERON COUNTY, ET AL., § | |
| § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED that on September 11, 2000, the Court reviewed the file and considered Defendant Gavito's Motion for Summary Judgment [Dkt. No. 120] and Plaintiff's Motion for Continuance of Submission of Gavito's Motion for Summary Judgment to Conduct Additional Discovery in the Claims Against Defendant Gavito [Dkt. No. 124]. Both motions are hereby DENIED with leave to resubmit upon remand from the Fifth Circuit.

DONE at Brownsville, Texas, this 11th day of September 2000.

Hilda G. Tagle
United States District Judge