# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 00-40504

D.C. Docket No. B-98-CV-183

FREDA SUSAN MOWBRAY, also known as Susie Mowbray

Plaintiff - Appellant

v.

CAMERON COUNTY, TX; BENJAMIN EURESTI, Judge; EDMUND CYGANIEWICZ; LUIS V SAENZ; MENTFORD HESSKEW, "Dusty"; GEORGE GAVITO; STEVE ROBERTSON; ESTELLA MAURICIO; JEAN MOWBRAY; JAMES MOWBRAY; MARGO MOWBRAY; KRISTEN MOWBRAY

Defendants - Appellees

Appeal from the United States District Court for the Southern District of Texas, Brownsville.

Before JONES, SMITH, and DeMOSS, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the dismissals and summary judgment entered against Mowbray are affirmed, and the denial of summary judgment in favor of Gavito is reversed, and judgment is rendered for Gavito in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that costs on appeal are to be taxed against Mowbray.

ISSUED AS MANDATE: DEC 28 2001

OP-OA-J-1

U.S. COURT OF APPEALS
FILED
DEC 0 6 2001
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
JAN 0 3 2002
Michael N. Milby
Clerk of Court

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana   DEC 28 2001