# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 00-41229

D.C. Docket No. B-98-CV-183

FREDA SUSAN MOWBRAY, also known as Susie Mowbray

    Plaintiff - Appellee

v.

TEXAS CAMERON COUNTY; Et Al

    Defendants

GEORGE GAVITO

    Defendant - Appellant

U.S. COURT OF APPEALS
FILED
DEC 0 6 2001
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
JAN 0 3 2002
Michael N. Milby
Clerk of Court

Appeal from the United States District Court for the Southern District of Texas, Brownsville.

Before JONES, SMITH, and DeMOSS, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the dismissals and summary judgment entered against Mowbray are affirmed, and the denial of summary judgment in favor of Gavito is reversed, and judgment is rendered for Gavito in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that costs on appeal are to be taxed against Mowbray.

ISSUED AS MANDATE: DEC 2 8 2001

A true copy
Test

Clerk, U. S. Court of Appeals, Fifth Circuit

By_____
    Deputy

New Orleans, Louisiana
DEC 2 8 2001

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-310-7700**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

December 28, 2001

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

    No. 00-40504 Mowbray v. Cameron County, TX
        USDC No. B-98-CV-183

    00-41229 Mowbray v. Cameron County, TX
        USDC No. B-98-CV-183

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits to be returned.

Enclosed for the district court and counsel is the approved bill of costs.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: /s/ Dawn D. Victoriano
Dawn D. Victoriano, Deputy Clerk

cc: (letter only)
    Honorable Hilda G Tagle
cc: w/encl:
    Mr Gordon Kendrick MacDowell II