149

CAB-98-18

UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

BILL OF COSTS

U.S. COURT OF APPEALS
FILED
DEC 20 2001
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
JAN 03 2002
Michael N. Milby
Clerk of Court

Mowbray v. Cameron County No. 00-40504

NOTE: The Bill of Costs is due for filing in this office within 14 days from the date of the opinion, in accordance with Rule 39 F.R.A.P. If a bill of costs is not timely filed in this office, processing can be accomplished only by the filing of a formal motion for leave to file same out of time.

The Clerk is requested to tax the following costs against: Plaintiff-Appellant

| COSTS TAXABLE UNDER FRAP 4, LOCAL RULES 39 | REQUESTED | | | | ALLOWED (if different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket fee ($100.00) | | | | | | | | |
| Appendix or Record Excerpts | | | | | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 8 | 22 | $0.25 | $44.00 | 8 | 22 | .25 | 44.00 |
| Appellant's Reply Brief | | | | | | | | |
| Other: | | | | | | | | |
| | | | Total $44.00 | | | | | |

Costs are hereby taxed in the amount of $ 44.00 this 28th day of December 2001.

By _____ (signature)
CHARLES R. FULBRUGE III, CLERK
Deputy Clerk

Costs are taxed in the amount of $ 44.00

State of Texas
County of Travis

I, Seth Byron Dennis, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 18th day of December, 2001.

_____ (Signature)
Attorney for Steve Robertson

*SEE REVERSE SIDE FOR LOCAL & FRAP RULES GOVERNING TAXATION OF COSTS