*C 150*

**SUPREME COURT OF THE UNITED STATES**
**OFFICE OF THE CLERK**
**WASHINGTON, D. C. 20543**

May 13, 2002

*U.S. COURT OF APPEALS*
*RECEIVED*
*MAY 1 7 2002*
*NEW ORLEANS, LA.*

Clerk
United States Court of Appeals for
the Fifth Circuit
600 Camp Street, Room 100
New Orleans,  LA 70130

**MAIL**

United States District Court
Southern District of Texas
*Filed*
MAY 2 2 2002
11:34 AM WA
Michael N. Milby, Clerk

Re:  Freda Susan Mowbray
v. Cameron County, et al.
No.  01-1291
(Your No. 00-40504)

Dear Clerk:        *B-98-CV-183*

The Court today entered the following order in the above

entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk

*Brownsville*